## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION

**COREY MIZE**                                                                                    **PLAINTIFF**

**v.**                                                         **CIVIL ACTION NO. 1:14-CV-171-GNS**

**U.S. MARSHAL SERVICE et al.**                                                       **DEFENDANTS**

### MEMORANDUM OPINION

By Memorandum Opinion and Order entered May 1, 2015, this Court ordered Plaintiff Corey Mize to submit an amended 42 U.S.C. § 1983 complaint form within 30 days. Plaintiff was warned that failure to comply would result in dismissal of his case. Plaintiff did not comply.

By Order entered July 8, 2015, Plaintiff was instructed that he had an additional 21 days in which to file his amended complaint on the appropriate form. He was again warned that failure to comply would result in dismissal of his case.

The allotted time has passed, and Plaintiff has again failed to submit the amended complaint form. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* Fed. R. Civ. P. 41(b) (governing involuntary dismissal).

Date: September 21, 2015

Greg N. Stivers, Judge
United States District Court

cc:   Plaintiff, *pro se*
      Defendants
      Warren County Attorney
      U.S. Attorney
4416.009